

# NUMBER 13-14-00616-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE STATE FARM LLOYDS

## On Petition for Writ of Mandamus.

# ORDER

### Before Chief Justice Valdez and Justices Garza and Longoria
### Per Curiam Order

Relator, State Farm Lloyds, filed a petition for writ of mandamus in the above cause on October 22, 2014, through which it contends that the trial court has abused its discretion in ordering relator to produce electronically stored information. *See, e.g.,* TEX. R. CIV. P. 196.4; *In re Weekley Homes, L.P.*, 295 S.W.3d 309, 322 (Tex. 2009) (orig. proceeding). Relator has further filed a motion for stay pending mandamus through which it seeks to stay the trial court's order requiring the production of electronically stored information pending resolution of this original proceeding.

The Court, having examined and fully considered the motion for stay pending mandamus, is of the opinion that said motion should be granted. The motion for stay pending mandamus is hereby GRANTED, and the trial court's September 30, 2014 "Amended Order Granting Plaintiffs' Amended Motion for Entry of Production Protocol and Motion to Compel Testimony Regarding Technical Information" is ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real parties in interest, Alejos Ramirez and Ofelia Ramirez, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.


IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
23rd day of October, 2014.